

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2015

No. 04-13-00608-CV

**SMITH-REAGAN & ASSOCIATES, INC.** d/b/a Smith-Reagan Insurance Agency,
Appellant

v.

**FORT RINGGOLD LIMITED**, Pete Diaz III, Aaron Diaz and Monica Aguillon,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-02-343
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice (dissenting)
    Luz Elena D. Chapa, Justice (dissenting)
    Jason Pulliam, Justice

On April 9, 2015, appellees filed an En Banc Motion for Rehearing. The motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court